**FILED**

10/31/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0469

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## CASE NO. DA 23-0469

_____

**IN THE MARRIAGE OF**

**BRADLEY JOHN STRECKER,**

      Appellant/Respondent,

and

**LISA MARIE STRECKER,**

      Appellee/Petitioner.

_____

### ORDER GRANTING EXTENSION OF TIME TO FILE ANSWER BRIEF

_____

Pursuant to Appellee's unopposed motion, under Rule 26(1), Mont.R.App.P.,

**IT IS HEREBY ORDERED** that Appellee has an additional 30 days from the current deadline to file her answer brief. The initial deadline for filing said answer was November 6, 2023, and the new deadline is December 6, 2023.

For the Court,

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
October 31 2023